

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM F. CELLINI, SR. ) | F I L E D |
| ) | Nov 25.2008 |
| ) | NOV 2 5 2008 |
| ) | |
| ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| ) | |
| ) | |
| ) | No. 08 CR 888-1 |
| ) | Judge James B. Zagel |
| ) | |

### FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on November 14, 2008, and for and in consideration of bond being set by the Court for defendant WILLIAM F. CELLINI, SR. in the amount of $1,000.000, being fully secured by real property, **WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI (husband and wife) and GRANTOR(S)** hereby warrant and agree:

    1.    WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI warrant that they are the sole record owners and titleholders of the real property located at 2166 Wiggins Avenue, Springfield, Illinois, and described legally as follows:

PARCEL I:

PART OF LOT 30 AND PART OF LOT 21 OF LELAND KNOLLS ADDITION, BEING DESCRIBED AS FOLLOWS:

COMMENCING AT AN AXLE AT THE NORTHWEST CORNER OF LOT 30, THENCE NORTH 73 DEGREES 58 MINUTES 30 SECONDS EAST 87.77 FEET TO AN IRON PIN AT THE POINT OF BEGINNING, THENCE CONTINUING NORTH 73 DEGREES 58 MINUTES 30 SECONDS EAST 100.00 FEET TO AN IRON PIPE, THENCE SOUTH 19 DEGREES 19 MINUTES 30 SECONDS EAST 178.44 FEET TO AN IRON PIPE, THENCE SOUTH 0 DEGREES 08 MINUTES 15 SECONDS WEST 12.19 FEET TO AN IRON PIN, THENCE SOUTH 89 DEGREES 56 MINUTES EAST 25.02 FEET TO AN IRON PIN, THENCE SOUTH 2 DEGREES 46 MINUTES 05 SECONDS EAST 47.98 FEET TO AN IRON PIN, THENCE SOUTH 89 DEGREES 53 MINUTES 21 SECONDS WEST 27.53 FEET TO AN IRON PIN AT THE SOUTHEAST CORNER OF LOT 30, THENCE NORTH 89 DEGREES 49 MINUTES 46 SECONDS WEST 59.97 FEET TO AN IRON PIN, THENCE NORTH 0 DEGREES 12 MINUTES 34 SECONDS EAST 35.18 FEET TO AN IRON PIN, THENCE SOUTH 67 DEGREES 42 MINUTES 39 SECONDS WEST 35.07 FEET TO AN IRON PIN, THENCE NORTH 19 DEGREES 19 MINUTES 20 SECONDS WEST 189.60 FEET TO THE POINT OF BEGINNING. (ALSO SHOWN AS TRACT ONE ON SURVEY PREPARED BY JOHN GARRISON # 1564 KNOWN AS PROJECT 2004216 AND ATTACHED TO WARRANTY DEED RECORDED FEBRUARY 16, 2005 AS DOCUMENT NO. 2005R05716.

PARCEL II:

PART OF LOT 30 OF LELAND KNOLLS ADDITION, SANGAMON COUNTY, ILLINOIS, BEING DESCRIBED AS FOLLOWS:

COMMENCING AT AN IRON PIN AT THE SOUTHWEST CORNER OF LOT 30, THENCE NORTH 89 DEGREES 49 MINUTES 46 SECONDS WEST 59.97 FEET TO AN IRON PIN AT THE POINT OF BEGINNING, THENCE NORTH 0 DEGREES 12 MINUTES 34 SECONDS EAST 35.18 FEET TO AN IRON PIN; THENCE SOUTH 67 DEGREES 42 MINUTES 39 SECONDS WEST 35.07 FEET TO AN IRON PIN; THENCE SOUTH 48 DEGREES 30 MINUTES 18 SECONDS EAST 31.21 FEET TO AN IRON PIN; THENCE SOUTH 89 DEGREES 49 MINUTES 46 SECONDS EAST 10.03 FEET TO THE POINT OF BEGINNING.

EXCEPT ALL COAL, MINERALS AND MINING RIGHTS HERETOFORE CONVEYED OR RESERVED OF RECORD.

SITUATED IN SANGAMON COUNTY, ILLINOIS.

TAX I.D. NO.: 22-05-376-033

WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI warrant that there is no outstanding mortgage against the subject property and that their equitable interest in the real property approximately equals $1,000,000.

2. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI agree $1,000,000 of their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant WILLIAM F. CELLINI, SR. fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI further understand and agree that, if the defendant WILLIAM F. CELLINI, SR. should violate any condition of the Court's release order, and their equity in the property is less than $1,000,000 they will be liable to pay any negative difference between the bond amount of $1,000,000 and their equitable interest in the property, and WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI hereby agree to the entry of a default judgment against them for the amount of any such difference. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further

order of the Court. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI understand that should defendant WILLIAM F. CELLINI, SR. fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant WILLIAM F. CELLINI, SR. they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI agree that the United States shall file and record a copy of this Forfeiture Agreement with the Sangamon County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. WILLIAM F. CELLINI, SR. AND JULIANNA CELLINI hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 11/14/08

*[signature]*
WILLIAM F. CELLINI, SR.
**Defendant**
**Surety/Grantor**

Date: 11/14/08

*[signature]*
JULIANNA CELLINI
**Surety/Grantor**

Date: 11/14/08

*[signature]* Elaine Haddad
Witness

**Return to:**
Bissell
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

5