# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                    Case No.: 1:08−cr−00888

                                                          Honorable James B. Zagel

William F Cellini Sr, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 27, 2011:

      MINUTE entry before the Honorable James B. Zagel:Noticed hearing for 6/28/2011 is stricken. Motion to intervene and challange continued filing of documents wholly under seal [751] is granted in part and denied in part as to Rod Blagojevich (1), Christopher Kelly (2), Alonzo Monk (3), William F Cellini Sr (4), John Harris (5), Robert Blagojevich (6); as to William F Cellini, Sr, Rod Blagojevich, Christopher Kelly, Alonzo Monk, John Harris, Robert Blagojevich Mailed notice (drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.